IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-01655-BNB

HEATHER ROEMER, as parent and next friend of J███ R████, on behalf of the Estate of James Roemer, and
SAMANTHA MCCLELLAN, as parent and next friend of J███ M█████, on behalf of the Estate of James Roemer,

Plaintiffs,

v.

TONY CAROCHI, in his individual capacity,
KEVIN MILYARD, in his individual capacity,
LOU ARCHULETA, in his individual capacity,
ANGEL MEDINA, in his individual capacity,
JAMES FALK, in his individual capacity,
JOHN CHAPDELAINE, in his individual capacity,
MARY COX-BERGMAN, in her individual capacity,
MICHELLE NYCZ, in her individual capacity,
ROBERT KEISEL, in his individual capacity,
CHASE FELZEIN, in his individual capacity,
CORRECTIONAL OFFICER BOYER, in his individual capacity,
SERGEANT CLEMENTS, in his individual capacity,
EVA LITTLE, in her individual capacity,
MICHAEL TIDWELL, in his individual capacity,
NEIL MAGGELSSEN, in his individual capacity,
CASE MANAGER HERRERA, in his individual capacity, and
ALI SHOWAGA, in his individual capacity,

Defendants.

_____

**ORDER**
_____

Pending are:

(1) Defendants' **Motion to Stay Discovery Pending Resolution of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)** [Doc. # 16, filed 9/9/2014] (the "Motion to Stay"); and

    (2)    Defendants' **Unopposed Motion for Extension of Time to Serve Rule 29(a)(1) Initial Disclosures** [Doc. # 17, filed 9/9/2014] (the "Motion for Extension").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

    IT IS ORDERED:

    (1)    The Motion to Stay [Doc. # 16] is GRANTED. Disclosure and discovery obligations are stayed pending a ruling on the defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [Doc. # 15].

    (2)    Within ten days after a ruling on the Motion to Dismiss, the plaintiffs shall file a status report notifying me of the ruling, its apparent impact on the case, and whether additional pretrial proceedings are necessary.

    (3)    The Motion for Extension [Doc. # 17] is DENIED as moot in view of the stay of disclosure and discovery requirements.

    Dated September 30, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge