# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01655-PAB-NYW

HEATHER ROEMER, as parent and next friend of JAMES ROEMER, III, on behalf of the estate of JAMES ROEMER;
SAMANTHA McCLELLAN, as parent and next friend of JUSTIN McCLELLAN, on behalf of the estate of JAMES ROEMER,

Plaintiffs,

v.

ALI SHOWAGA, in his individual capacity,

Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

IT IS ORDERED that a Status Conference is hereby set for **November 18, 2015, at 10:00 a.m.** in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The purpose of the conference is to consider the nature and status of the case, the timing for filing of any additional motions, and what remaining discovery, if any, will be needed.

DATED: November 6, 2015