**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01655-PAB-NYW

HEATHER ROEMER, as parent and next friend of J.R., on behalf
of the estate of JAMES ROEMER, and
SAMANTHA McCLELLAN, as parent and next friend of J.M., on behalf of the estate of
JAMES ROEMER,

     Plaintiffs,

v.

TONY CAROCHI, in his individual capacity,
KEVIN MILYARD, in his individual capacity
LOU ARCHULETA, in his individual capacity,
ANGEL MEDINA, in his individual capacity,
JAMES FALK, in his individual capacity,
JOHN CHAPDELAINE, in his individual capacity,
MARY COX-BERGMAN, in her individual capacity,
MICHELLE NYCZ, in her individual capacity,
ROBERT KEISEL, in his individual capacity,
CHASE FELZEIN, in his individual capacity,
CORRECTIONAL OFFICER THOMAS BOYER, in his individual capacity,
SERGEANT RICHARD CLEMENTS, in his individual capacity,
EVA LITTLE, in her individual capacity,
MICHAEL TIDWELL, in his individual capacity,
NEIL MAGGELSSEN, in his individual capacity,
CASE MANAGER JOSEPH HERRERA, in his individual capacity, and
ALI SHOWAGA, in his individual capacity,

     Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

     This civil action is before the court on Plaintiffs' Unopposed Motion to Amend Caption (the "Motion"). [#63, filed November 23, 2015]. This matter was referred to this Magistrate Judge Pursuant to the Order Referring Case dated November 13, 2014 [#51] and the memorandum dated November 23, 2015 [#64].

   IT IS ORDERED that the Motion is GRANTED, the Clerk of the Court is instructed to amend the caption as follows:

1. The Estate of James Roemer as Plaintiff; and

2. Ali Shoaga as Defendant.

DATED: November 24, 2015