## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01655-PAB-NYW

ESTATE OF JAMES ROEMER,

    Plaintiffs,

v.

ALI SHOAGA, in his individual capacity,

    Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on Plaintiff's Motion to Compel Response to Plaintiff's Request for Production No. 11 Pursuant to Civ. P. 37(a)(3)(A) ("Motion to Compel") [#72, filed January 29, 2016], which was referred to this Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1), the Order of Reference dated November 13, 2015 [#51], the Reassignment dated February 10, 2015 [#52], and the Memorandum dated February 1, 2016 [#73]. This Motion to Compel was filed prior to the court's rulings made during the Status Conference held on February 16, 2016.

    Accordingly, **IT IS ORDERED** that Plaintiff's Motion to Compel is **DENIED WITHOUT PREJUDICE**, with leave to refile, consistent with the court's rulings articulated during the Status Conference held on February 16, 2016, should the Parties continue to have a discovery dispute.

DATED: February 23, 2016