IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01655-PAB-NYW

THE ESTATE OF JAMES ROEMER,

    Plaintiff,

v.

DAVID JOHNSON, in his individual capacity,
NATHAN ALGIEN, in his individual capacity, and
CHASE FELZEIN, in his individual capacity,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 194] of Chief United States District Judge Philip A. Brimmer entered on September 24, 2019, it is

ORDERED that Defendants' Motion for Summary Judgment [Docket No. 145] is **GRANTED.** It is further

ORDERED that judgment is hereby entered in favor of defendants, David Johnson, in his individual capacity; Nathan Algien, in his individual capacity; and Chase Felzein, in his individual capacity, and against plaintiff, The Estate of James Roemer. It is further

ORDERED that this case is closed**.** It is further

ORDERED that defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 4th day of October, 2019.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ Robert R. Keech
Deputy Clerk