FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

August 16, 2023

Christopher M. Wolpert
Clerk of Court

---

THE ESTATE OF JAMES ROEMER,

   Plaintiff - Appellant,

v.

ALI SHOAGA, in his individual capacity; DAVID JOHNSON, in his individual capacity; NATHAN ALGIEN, in his individual capacity; CHASE FELZEIN, in his individual capacity,

   Defendants - Appellees.

No. 19-1420
(D.C. No. 1:14-CV-01655-PAB-NYW)
(D. Colo.)

---

## ORDER

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b)(1).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk